IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:19CR3021** |
| vs. | |
| MAX KERKMAN, | **ORDER** |
| Defendant. | |

IT IS ORDERED that Defendant's waiver of arraignment, (Filing No. 23), is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

July 29, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge